No. 79–269. LORENZ, GUARDIAN, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–286. THOMASSEN *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 79–290. THOMASSEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 79–292. FILE ET AL. *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 79–294. CALHOUN *v.* HOLMES, JUDGE, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–299. BURRUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–303. SPAULDING *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–310. NIX *v.* SWEENEY. C. A. 8th Cir. Certiorari denied.

No. 79–311. GENERAL ADJUSTMENT BUREAU, INC., ET AL. *v.* MAC ADJUSTMENT, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–314. HILL ET AL. *v.* WESTERN ELECTRIC CO., INC. C. A. 4th Cir. Certiorari denied.

No. 79–322. TOLEDO, PEORIA & WESTERN RAILROAD CO. *v.* DEPARTMENT OF TRANSPORTATION OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–334. SWAINSON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.